# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARCO D. WRIGHT
ADC #109142                                                                                       PLAINTIFF

V.                              5:06CV00230 SWW/JTR

JAMIE LAWRENCE,
Institutional Parole Officer, Varner Unit,
Arkansas Department of Correction, et al.                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.      Why the record made before the Magistrate Judge is inadequate.

> 2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.
>
> 3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## I. Discussion

Plaintiff, who is prisoner incarcerated at the Arkansas Department of Correction ("ADC"), has filed a Motion to Voluntarily Dismiss this § 1983 action. *See* docket entry #49. For the reason set forth herein, the Court recommends that the Motion be granted.

On September 6, 2006, Plaintiff commenced this *pro se* § 1983 action alleging that Defendants violated his equal protection rights when they refused to consider him for parole during a ninety-day period that he was a level four inmate at the Varner Super Max Unit. *See* docket entry #2. On February 27, 2007, Plaintiff filed the current Motion explaining that he wishes to voluntarily dismiss this case, without prejudice, because he recently was granted parole and will be released from the ADC in the near future. *See* docket entry #49.

Defendants have orally informed the Court that they have no objection to Plaintiff's Motion. Additionally, the Court finds good cause for granting Plaintiff's request for voluntary dismissal. *See*

Fed. R. Civ. P. 41(a)(2) (providing that "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper" and that "[u]nless otherwise specified in the order, a dismissal under this paragraph is without prejudice").

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Motion to Voluntarily Dismiss (docket entry #49) be GRANTED, and that this § 1983 action be DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

3. Plaintiff's Motion to Amend the Complaint (docket entry #43) be DENIED, AS MOOT.

Dated this 14th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE