IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCO D. WRIGHT
ADC #109142                                                                                          PLAINTIFF

V.                                  5:06CV00230 SWW/JTR

JAMIE LAWRENCE,
Institutional Parole Officer, Varner Unit,
Arkansas Department of Correction, et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Voluntarily Dismiss (docket entry #49) is GRANTED, and this § 1983 action is DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this Order would not be taken in good faith.

3. Plaintiff's Motion to Amend the Complaint (docket entry #43) is DENIED, AS MOOT.

Dated this 4th day of April, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE