IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCO D. WRIGHT
ADC #109142                                                                                          PLAINTIFF

V.                                           5:06CV00230 SWW/JTR

JAMIE LAWRENCE,
Institutional Parole Officer, Varner Unit,
Arkansas Department of Correction, et al.                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 4th day of April, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE